NUMBER 13-04-496-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

IN RE DOTY-MOORE TOWER SERVICES, INC. 
__________________________________________________________________

On Petition for Writ of Mandamus
__________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Garza, and Wittig


 
Per Curiam Memorandum Opinion




         Relator, Doty-Moore Tower Services, Inc., filed an emergency motion for
temporary relief and petition for writ of mandamus in the above cause on September
24, 2004. The Court, having examined and fully considered the emergency motion
for temporary relief and the petition for writ of mandamus, is of the opinion that relator
has not shown itself entitled to the relief sought and the emergency motion and
petition for writ of mandamus should be denied. See Tex. R. App. P. 52.8. 
Accordingly, the emergency motion for temporary relief and petition for writ of
mandamus are DENIED.
                                                                                 PER CURIAM

Memorandum Opinion delivered and filed
this 29th day of September, 2004.